UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
SANOFI PASTEUR, INC., et al.          :
        Plaintiffs,
                                  :    07 Civ. 6354(BSJ)
  - against -                                 **ECF CASE**
                                  :    **RULE 7.1**
KUEHNE & NAGEL, INC. et al.           **DISCLOSURE STATEMENT**
                                  :
        Defendants.
                                  :
-----------------------------------------------------------------x

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrate judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel of record for a nongovernmental party discloses that the following are the parent corporations of the party and the publicly held corporations that own 10% or more of the party's stock: Sanofi Pasteur, Inc, is a division of the Sanofi-Aventis Group. The insurer of the cargo in suit is Royal Sun Alliance Insurance PLC.


Date:  New York, New York
         July 11, 2007               *s/David L. Mazaroli*
                                                      _____
                                                      David L. Mazaroli (DM 3929)
                                                     Attorney for Plaintiffs
                                                     11 Park Place - Suite 1214
                                                     New York, New York 10007
                                                     Tel.: (212)267-8480
                                                     Fax.: (212)732-7352
                                                     E-mail: dlm@mazarolilaw.com
                                                     File No.: 7R-1534