DLM REF.: 7R-1534

## WAIVER OF SERVICE OF SUMMONS

TO: <u>David L. Mazaroli, Attorney for Plaintiff</u>

I acknowledge receipt of your request that I waive service of a summons in the action of **SANOFI PASTEUR, INC. f/k/a AVENTIS PASTEUR, INC.**, <u>et al</u>. v. **KUEHNE & NAGEL, INC.**, <u>et al</u>. which is case number **07 CIV. 6354 (BSJ)** in the United States District Court for the Southern District of New York. I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without costs to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 is not served upon you within 60 days after **July 17, 2007**, or within 90 days after that date if the request was sent outside the United States.

Continental Airlines, Inc.
c/o CT Corporation System
111 Eighth Avenue
New York, New York 10011

9/20/07
Date

Signed: [signature]
Name: FRANCIS A. MONTBACH
Title: ATTORNEY-IN-FACT
Company: Mound Cotton Wollan + Greengrass