Andrew Karonis (AK5377)
SCHINDEL, FARMAN, GARDNER & RABINOVICH, LLP
14 Penn Plaza, Suite 500
New York, NY 10122
Telephone No.: (212) 563-1710
Attorneys for Defendant Exclusive Transportation for Industry, Inc.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------x

| | | |
|---|---|---|
| SANOFI PASTEUR, INC., f/k/a AVENTIS PASTEUR, INC., and Cargo Insurers, | : | ECF CASE |
| Plaintiffs, | : | 07 Civ. 6354 (BSJ) |
| -against- | : | **RULE 7.1 STATEMENT** |
| KUEHNE & NAGEL, INC.; KUEHNE & NAGEL, S.A.; EXCLUSIVE TRANSPORTATION FOR INDUSTRY, INC.; CONTINENTAL AIRLINES, INC.; | : | |
| Defendants. | : | |

------------------------------x

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedures, the undersigned counsel of record for defendant, Exclusive Transportation for Industry, Inc., certifies that there are no corporate parents of that party, and that no publicly held corporation owns more than 10% of the stock of that party.

NONE

Dated: September 24, 2007

_____
Andrew Karonis (AK5377)