AFFIDAVIT OF SERVICE

| | |
|---|---|
| STATE OF NEW YORK | ) |
| | ) ss.: |
| COUNTY OF NEW YORK | ) |

I, Eve Ayala, being duly sworn, states as follows: I am over 18 years of age, not a party to the within action, and reside at 14 Penn Plaza, Suite 500, New York, New York 10122. On September 24, 2007, I served the within Rule 7.1 Statement and Answer with Cross-Claim upon the person(s) or parties designated below by mailing a true and complete copy of same in a postage pre-paid envelope, and depositing same in a post office or official depository of the United States Postal Service within New York State, at the last known address of the addressee(s) as set forth herein.

TO:  David L. Mazaroli, Esq.
     11 Park Place, Suite 1214
     New York, NY 10007-2801
     Attorney for Plaintiff

     Francis A. Montbach, Esq.
     Mound Cotton Wollan & Greengrass
     One Battery Park Plaza
     24 Whitehall Street
     New York, NY 10004

_____
Eve Ayala

Sworn to before me this
24th day of September, 2007

_____
Notary Public

ANDREW KARONIS
Notary Public, State of New York
No. 02KA5084233
Qualified in Queens County
Commission Expires Sept. 2, 2009