UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x
SANOFI PASTEUR, INC., f/k/a AVENTIS
PASTEUR, INC. and Cargo Insurers,

                  Plaintiffs,

-against-

KUEHNE & NAGEL, INC.; KUEHNE &
NAGEL, S.A.; EXCLUSIVE TRANSPOR-
TATION FOR INDUSTRY, INC.,
CONTINENTAL AIRLINES, INC.,

                  Defendants.
----------------------------------------------------------x

ECF CASE

07 Civ. 6354 (Judge Jones)

RULE 7.1 DISCLOSURE
STATEMENT ON BEHALF
OF DEFENDANT
KUEHNE & NAGEL, INC.

In compliance with Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Kuehne & Nagel, Inc. through its attorney, Ernest H. Gelman, certifies that there is no parent corporation or publicly held corporation that owns more than 10% of its stock.

                                            Ernest H. Gelman (EHG 4748)
                                            Attorney for Defendant, Kuehne & Nagel, Inc.
                                            350 Fifth Avenue, Suite 4908
                                            New York, NY 10118
                                            Telephone: (212) 332-2345
                                            Fax: (212)332-2345
                                            Email: egelman@gelmanesq.org

TO:   David Mazaroli, Esq.
         Attorney for Plaintiffs
         11 Park Place – Suite 1214
         New York, NY 10007-2801

         Francis A. Montbach, Esq.
         Mound Cotton Wollan & Greengrass
         1 Battery Park Plaza
         New York, NY 10004

LTG/Rule 7.1 – K&N. sanofi