Francis A. Montbach (FAM9631)
Mound Cotton Wollan & Greengrass
Attorneys for Defendant
Continental Air Lines, Inc.
One Battery Park Plaza
New York, NY   10004
(212) 804-4200
e-mail:fmontbach@moundcotton.com

---------------------------------------------------------------X

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X

SANOFI PASTEUR, INC., f/k/a AVENTIS          :
PASTEUR, INC. and Cargo Insurers,

                                               :

                   Plaintiffs,

                                               :

      - against-

                                               :

KUEHNE & NAGEL, INC.; KUEHNE &
NAGEL, S.A.; EXCLUSIVE                        :
TRANSPORTATION
FOR INDUSTRY, INC.; CONTINENTAL              :
AIRLINES, INC.,

                                               :

                Defendants.

---------------------------------------------------------------X

ECF CASE

07 Civ. 6354 (BSJ)

**RULE 7.1 STATEMENT**

      Pursuant to Rule 7.1 of the Joint Local Rules of the Southern and Eastern Districts of

New York and to enable judges and magistrates of the court to evaluate possible disqualification

or refusal, the undersigned attorney of record for defendant, Continental Airlines, Inc., certifies

that the following are corporate parents, subsidiaries or affiliates of that party:

**PARENT:**

Continental Airlines, Inc.

**SUBSIDIARIES:**

CALFINCO, INC.

204868.1

Caliworks, Inc.

Continental Airlines Presidents Club, Inc.

Continental CRS Interests, Inc.

Continental Express, Inc.

Continental Reservations, Inc.

Continental Sales, Inc.

Golden Jet Flight Kitchens, Inc.

Jet Link, Inc.

National Marketing Company Holdings, Inc.

Pacifica Holdings, Inc.

Air Micronesia, Inc.

Continental Micronesia, Inc.

Continental Truck Hotel Corporation


Dated:  New York, New York
        October 4, 2007.

                          MOUND, COTTON & WOLLAN & GREENGRASS
                          Attorneys for Defendants Continental Airlines, Inc.

                    By _____
                          Francis A. Montbach (FM9631)
                          One Battery Park Plaza
                          New York, New York   10004
                          (212) 804-4200

TO:

David L. Mazaroli, Esq.
11 Park Place, Suite 1214
New York, NY 10007-1214
Attorney for Plaintiffs Sanofi Pasteur, Inc. et al.

2

204868.1

Ernest H. Gelman, Esq.
350 Fifth Avenue, Suite 4908
New York, NY 10118
Attorney for Defendant Kuehne & Nagel, Inc.

Andrew Karonis, Esq.
Schindel, Farman, Gardner & Rabinovich, LLP
14 Penn Plaza, Suite 500
New York, NY 10122
Attorneys for Defendant Exclusive Transportation for Industry, Inc.

204868.1

```
-----------------------------------------------------------X
```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
-----------------------------------------------------------X
```

SANOFI PASTEUR, INC., f/k/a AVENTIS          :
PASTEUR, INC. and Cargo Insurers,

                                           :

                     Plaintiffs,

                                           :

        - against-

                                           :

KUEHNE & NAGEL, INC.; KUEHNE &
NAGEL, S.A.; EXCLUSIVE
TRANSPORTATION                               :
FOR INDUSTRY, INC.; CONTINENTAL
AIRLINES, INC.,                              :

                                           :

                     Defendants.
```
-----------------------------------------------------------X
```
STATE OF NEW YORK)         ss.:
COUNTY OF NEW YORK)

ECF CASE

07 Civ. 6354 (BSJ)

**AFFIDAVIT OF SERVICE**

MARIS JADE KATZ, being duly sworn, deposes and says:

That deponent is not a party to this action, is over the age of 18 years and resides in New York, New York.

That on October 4, 2007, deponent served the within **RULE 7.1 STATEMENT** upon:

David L. Mazaroli, Esq.
11 Park Place, Suite 1214
New York, NY 10007-1214
Attorney for Plaintiffs Sanofi Pasteur, Inc. et al.

Ernest H. Gelman, Esq.
350 Fifth Avenue, Suite 4908
New York, NY 10118
Attorney for Defendant Kuehne & Nagel, Inc.

Andrew Karonis, Esq.
Schindel, Farman, Gardner & Rabinovich, LLP
14 Penn Plaza, Suite 500
New York, NY 10122
Attorneys for Defendant Exclusive Transportation for Industry, Inc.

at the address designated by said entity for that purpose by facsimile and by depositing the same enclosed in a first-class postpaid properly addressed wrapper to said entity at the above address in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

Maris Jade Katz

Sworn to before me
October 4, 2007

KEVIN J. BRASSIL
Notary Public, State of New York
No. 31-5018311
Qualified in New York County
Certificate Filed in New York County
Commission Expires Sept. 27, 2009

204921.1