AFFIDAVIT OF SERVICE

STATE OF NEW YORK            )
                             ) ss.:
COUNTY OF NEW YORK           )

I, Kimberley Crossen, being duly sworn, states as follows: I am over 18 years of age, not a party to the within action, and reside at 14 Penn Plaza, Suite 500, New York, New York 10122. On October 5, 2007, I served the within Answer to Kuehne & Nagel, Inc. Cross-Complaint upon the person(s) or parties designated below by mailing a true and complete copy of same in a postage pre-paid envelope, and depositing same in a post office or official depository of the United States Postal Service within New York State, at the last known address of the addressee(s) as set forth herein.

TO:   David L. Mazaroli, Esq.
      11 Park Place, Suite 1214
      New York, NY 10007-2801
      Attorney for Plaintiff

      Francis A. Montbach, Esq.
      Mound Cotton Wollan & Greengrass
      One Battery Park Plaza
      24 Whitehall Street
      New York, NY 10004
      Attorneys for Defendant Continental Airlines, Inc.

      Ernest H. Gelman, Esq.
      350 Fifth Avenue, Suite 4908
      New York, NY 10118
      Attorney for Defendant Kuehne & Nagel, Inc.

                                        Kimberley Crossen

Sworn to before me this
5th day of October, 2007

_____
Notary Public

ANDREW KARONIS
Notary Public, State of New York
No. 02KA5084233
Qualified in Queens County
Commission Expires Sept. 2, 2009