Andrew Karonis (AK5377)
SCHINDEL, FARMAN, GARDNER & RABINOVICH, LLP
14 Penn Plaza, Suite 500
New York, NY 10122
Telephone No.: (212) 563-1710
Attorneys for Defendant Exclusive Transportation for Industry, Inc.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------- x

| | |
|---|---|
| SANOFI PASTEUR, INC., f/k/a AVENTIS PASTEUR, INC., and Cargo Insurers, | ECF CASE |
| Plaintiffs, | 07 Civ. 6354 (BSJ) |
| -against- | **ANSWER TO CONTINENTAL AIRLINES, INC. CROSS-CLAIMS** |
| KUEHNE & NAGEL, INC.; KUEHNE & NAGEL, S.A.; EXCLUSIVE TRANSPORTATION FOR INDUSTRY, INC.; CONTINENTAL AIRLINES, INC.; | |
| Defendants. | |

-------------------------------------------------- x

Defendant Exclusive Transportation for Industry, Inc. ("ETI"), by its attorneys, Schindel, Farman, Lipsius, Gardner & Rabinovich LLP, for its answer to the cross-claims of Continental Airlines, Inc. ("Continental") states as follows:

1. ETI denies each and every allegation set forth in the paragraph entitled "Thirty-second" of Continental's Answer and Cross-Claims as they pertain to ETI, except denies knowledge or information sufficient to form a belief as to the truth of each and every allegation set forth in the paragraph entitled "Thirty-second" of Continental's Answer and Cross-Claims as they pertain to the remaining defendants.

2.      ETI denies each and every allegation set forth in the paragraph entitled "Thirty-third" of Continental's Answer and Cross-Claims as they pertain to ETI, except denies knowledge or information sufficient to form a belief as to the truth of each and every allegation set forth in the paragraph entitled "Thirty-third" of Continental's Answer and Cross-Claims as they pertain to the remaining defendants.

## AFFIRMATIVE DEFENSES AND GENERAL ALLEGATIONS

1.      ETI incorporates each and every affirmative defense set forth in ETI's Answer to Plaintiff's Complaint with Cross-Claims [Docket Entry No. 6] as if though more fully set forth herein.

2.      ETI incorporates each and every cross-claim set forth in ETI's Answer to Plaintiff's Complaint with Cross-Claims [Docket Entry No. 6] as if though more fully set forth herein.

3.      ETI reserves its right to assert any further defenses or cross-claims as knowledge of such defenses or cross-claims is discovered.

WHEREFORE, ETI requests judgment against Continental, dismissing the latter's cross-claims against ETI, together with costs, fees and such further relief as this Court deems just and proper.

Dated: October 5, 2007
      New York, New York

                                  SCHINDEL, FARMAN, LIPSIUS, GARDNER &
                                  RABINOVICH LLP
                                  Attorneys for Defendant Exclusive Transportation
                                  for Industry, Inc.

                                  By: _____
                                      Andrew Karonis (AK5377)
                                  14 Penn Plaza, Suite 500
                                  New York, New York 10122
                                  (212) 563-1710

TO:    David L. Mazaroli, Esq.
          11 Park Place, Suite 1214
          New York, NY 10007-2801
          Attorney for Plaintiff

          Francis A. Montbach, Esq.
          Mound Cotton Wollan & Greengrass
          One Battery Park Plaza
          24 Whitehall Street
          New York, NY 10004
          Attorneys for Defendant Continental Airlines, Inc.

          Ernest H. Gelman, Esq.
          350 Fifth Avenue, Suite 4908
          New York, NY 10118
          Attorney for Defendant Kuehne & Nagel, Inc.