UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

Sanofi Pasteur

v.

Kuehne + Nagel, Inc., et al.

-----------------------------------------------------------X

USDC SDNY
DOCUMENT

11/7/07 d

**ORDER OF REFERENCE
TO A MAGISTRATE JUDGE**

07 Civ. 6354 (BSJ)(FM)

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

✓ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

__ Specific Non-Dispositive Motion/Dispute:*

_____

_____

__ If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____

__ Settlement*

__ Inquest After Default/Damages Hearing

__ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

__ Consent under 28 U.S.C.§636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

Purpose:_____

__ Habeas Corpus

__ Social Security

__ Dispositive Motion (i.e., motion requiring a Report and Recommendation)

Particular Motion:_____

_____

All such motions: ___

* Do not check if already referred for general pretrial.

**SO ORDERED.**

DATED:   New York, New York
         11/6/07

                                    /s/ Barbara S. Jones
                                    United States District Judge