**LAW OFFICES OF**
# ERNEST H. GELMAN
The Empire State Building
350 Fifth Avenue, Suite 4908
New York, NY 10118
Tel: (212) 332-2345
Fax: (212) 332-8301
Email: egelman@gelmanesq.com

OF COUNSEL
ANN L. CHUSID

December 17, 2007

12/17/07

Via Fax #(212) 805-6724

United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007-1581

**MEMO ENDORSED**

Attention: Richalyn Chambers, Courtroom Deputy

Sanofi Pasteur, Inc.
v. Kuehne & Nagel, Inc.,
07 Civ. 6354 (BSJ)(FM)

Dear Ms. Chambers:

I am the attorney for Kuehne & Nagel, Inc., one of the defendants in the above matter. I am essentially a single practitioner, whose associate only works part time two days a week on non-litigation matters. My daughter is to be operated on in Staten Island on December 20, 2007 and my wife and I will be with her. Under the circumstances, request is respectfully made for an adjournment of the December 20, 2007 court conference.

Cordially,

Ernest H. Gelman

The conference is adjourned to 1/4/08 at 11 am. If that date and time are not convenient, counsel should place a conference call to my Chambers to reschedule.

[signed] J. Maas, USMJ
12/17/07

EHG/ll
cc: David L. Mazaroli, Esq. @ (212) 732-7352
Andrew Karonis, Esq., @(212) 695-6602
Francis A. Montbach, Esq. @(212) 344-8066