UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
                                         : ECF CASE

SANOFI PASTEUR, INC., f/k/a AVENTIS
PASTEUR, INC., and Cargo Insurers,       :

                                                  07 Civ. 6354(BSJ)(FM)

          Plaintiffs,                :

                                                  **SCHEDULING ORDER**

        - against -                   :

KUEHNE & NAGEL, INC.; KUEHNE &      :
NAGEL, S.A.; EXCLUSIVE
TRANSPORTATION FOR INDUSTRY,      :
INC.; CONTINENTAL AIRLINES, INC.;

                                           :

          Defendants.
------------------------------------------------------------x

[Stamp: USDC SDNY / DOCUMENT / ELECTRONICALLY FILED / DOC #: ___ / DATE FILED: 1/4/08]

I.     DATE OF CONFERENCE:   December 20, 2007 at 3:00 p.m.

II.    APPEARANCES FOR THE PARTIES:

       **Plaintiffs:**

       David L. Mazaroli, Attorney for Plaintiffs

       **Defendants:**

       Ernest H. Gelman, Attorney for Defendants
       Kuehne & Nagel, Inc. and Kuehne & Nagel S.A.

       Francis A. Montbach, Attorney for Defendant
       Continental Airlines, Inc.

       Andrew Karonis, Attorney for Defendant
       Exclusive Transport for Industry, Inc.

III.   STATEMENT OF THE ISSUES (as they presently appear):

      A.   Are any of the defendants liable for the claimed damages and if so, are the liable defendants jointly or severally liable for the claimed damages?

      B.   Is such liability limited?

    C.    Are defendants entitled to recover on their cross-claims for indemnity, including attorneys fees?

    D.    What is the proper measure of damages, if any?

    E.    Are plaintiffs entitled to prejudgment interest? If so, what is the proper rate of interest?

IV.    DISCOVERY SCHEDULE:

    A.    Anticipated Depositions:

    Surveyors
    Representatives of each defendant
    Representatives of plaintiffs
    Representatives of ground-handling agent.
    Other witnesses as identified during the course of discovery

    B.    Document production will be completed by February 8, 2008

    C.    Expert reports will be produced by March 7, 2008 and experts will be deposed by April 4, 2008.

    D.    Discovery will be completed by April 11, 2008.

    E.    A settlement conference shall be held on March 11, 2008, at 10 a.m., in Courtroom 9B, 500 Pearl Street, New York, New York.

    F.    Plaintiffs will provide pre-trial order submissions to defendants by May 2, 2008.

    G.    Joint Pre-Trial Order, trial briefs, proposed findings of fact and conclusions of law will be submitted by May 16, 2008 .

V.    DISCOVERY LIMITATIONS: None at present.

VI.    DISCOVERY ISSUES:    None at present.

VII. ANTICIPATED FIELDS OF EXPERT TESTIMONY: Based on the disclosures made to date, counsel anticipate the following areas of expert testimony:

1. Existence and Extent of Damages Alleged
2. Mitigation of Damages
3. Practices and procedures concerning cargo handling, carriage and storage, including but not limited to temperature-controlled care.

VIII. TRIAL TIME:  2 days - nonjury.

IX. This Scheduling Order may be altered or amended only on a showing of good cause not foreseeable at the time of the conference or when justice so requires.

Dated: New York, New York
       January 4, 2008

So Ordered:

_____
Honorable Frank Maas
United States Magistrate Judge

Copies to:

Honorable Barbara S. Jones
United States District Judge

David L. Mazaroli, Esq.
Law Offices of David L. Mazaroli
Fax: (212) 732-7352

Ernest H. Gelman, Esq.
Law Offices of Ernest H. Gelman
Fax: (212) 332-8301

Andrew Karonis, Esq.
Schindel, Farman & Lipsius, LLP
Fax: (212) 695-6602

Francis A. Montbach, Esq.
Mound Cotton Wollan & Greengrass
Fax: (212) 344-8066