Marc I. Kunkin (MIK4182)
SCHINDEL, FARMAN, GARDNER & RABINOVICH, LLP
14 Penn Plaza, Suite 500
New York, NY 10122
Telephone No.: (212) 563-1710
Attorneys for Defendant Exclusive Transportation for Industry, Inc.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
SANOFI PASTEUR, INC., f/k/a AVENTIS :    ECF CASE
PASTEUR, INC., and Cargo Insurers, :
                                         Plaintiffs, :    07 Civ. 6354 (BSJ)
    -against- :

KUEHNE & NAGEL, INC.; KUEHNE & :    **SUBSTITUTION OF ATTORNEY**
NAGEL, S.A.; EXCLUSIVE TRANSPORTATION:    **OF RECORD FOR DEFENDANT**
FOR INDUSTRY, INC.; CONTINENTAL :    **EXCLUSIVE**
AIRLINES, INC.; :    **TRANSPORTATION FOR**
                                           :    **INDUSTRY, INC.**
                              Defendants. :
------------------------------------x

      IT IS HEREBY DECLARED THAT the firm of Schindel, Farman, Lipsius, Gardner & Rabinovich LLP of 14 Penn Plaza, Suite 500, New York, New York 10122 is substituting Marc I. Kunkin, Esq as attorney of record for the undersigned party in the above-entitled action. As such, Andrew Karonis of the firm Schindel, Farman, Lipsius, Gardner & Rabinovich LLP will no longer act as the attorney of record as of the date hereof.

Dated: January 17, 2008
      New York, New York

                                        SCHINDEL, FARMAN, LIPSIUS,
                                          GARDNER & RABINOVICH, LLP
                                        Attorneys for Exclusive Transportation for
                                        Industry, Inc.

                                        By: _____
                                            Marc I. Kunkin (MIK4182)
                                        14 Penn Plaza, Suite 500
                                        New York, New York 10122
                                        Telephone No.: (212) 563-1710
                                        File No.: 4152.0001