Marc I. Kunkin (MIK4182)
SCHINDEL, FARMAN, LIPSIUS,
  GARDNER & RABINOVICH, LLP
14 Penn Plaza, Suite 500
New York, NY 10122
Telephone No.: (212) 563-1710
Attorneys for Defendant Exclusive Transportation for Industry, Inc.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------x
SANOFI PASTEUR, INC., f/k/a AVENTIS          :     ECF CASE
PASTEUR, INC., and Cargo Insurers,           :
                                             :
                        Plaintiffs,          :     07 Civ. 6354 (BSJ)
                                             :
      -against-                              :
                                             :
KUEHNE & NAGEL, INC.; KUEHNE &               :     **NOTICE OF APPEARANCE**
NAGEL, S.A.; EXCLUSIVE TRANSPORTATION :
FOR INDUSTRY, INC.; CONTINENTAL              :
AIRLINES, INC.;                              :
                                             :
                        Defendants.          :
-------------------------------------------------x

PLEASE TAKE NOTICE, that Marc I. Kunkin hereby appears for the defendant Exclusive Transportation for Industry, Inc. in the above entitled action.

Dated: January 18, 2008
       New York, New York

                                        SCHINDEL, FARMAN, LIPSIUS,
                                        GARDNER & RABINOVICH LLP
                                        Attorneys for Defendant Exclusive
                                        Transportation for Industry, Inc.

                                        By: _____
                                            Marc I. Kunkin (MK4182)
                                        14 Penn Plaza, Suite 500
                                        New York, New York 10122
                                        (212) 563-1710
                                        File No.: 4152.0001