Marc I. Kunkin (MIK4182)
SCHINDEL, FARMAN, GARDNER & RABINOVICH, LLP
14 Penn Plaza, Suite 500
New York, NY 10122
Telephone No.: (212) 563-1710
Attorneys for Defendant Exclusive Transportation for Industry, Inc.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/22/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
SANOFI PASTEUR, INC., f/k/a AVENTIS  :   ECF CASE
PASTEUR, INC., and Cargo Insurers,   :
                                     :
            Plaintiffs,              :   07 Civ. 6354 (BSJ)
                                     :
    -against-                        :
                                     :
KUEHNE & NAGEL, INC.; KUEHNE &       :   SUBSTITUTION OF ATTORNEY
NAGEL, S.A.; EXCLUSIVE TRANSPORTATION:   OF RECORD FOR DEFENDANT
FOR INDUSTRY, INC.; CONTINENTAL      :   EXCLUSIVE
AIRLINES, INC.;                      :   TRANSPORTATION FOR
                                     :   INDUSTRY, INC.
            Defendants.              :
------------------------------------------------------x

**MEMO ENDORSED**

IT IS HEREBY DECLARED THAT the firm of Schindel, Farman, Lipsius, Gardner & Rabinovich LLP of 14 Penn Plaza, Suite 500, New York, New York 10122 is substituting Marc I. Kunkin, Esq as attorney of record for the undersigned party in the above-entitled action. As such, Andrew Karonis of the firm Schindel, Farman, Lipsius, Gardner & Rabinovich LLP will no longer act as the attorney of record as of the date hereof.

Dated: January 17, 2008
       New York, New York

So ordered
[signature], USMJ
1/22/08

SCHINDEL, FARMAN, LIPSIUS,
  GARDNER & RABINOVICH, LLP
Attorneys for Exclusive Transportation for Industry, Inc.

By: _____
    Marc I. Kunkin (MIK4182)
14 Penn Plaza, Suite 500
New York, New York 10122
Telephone No.: (212) 563-1710
File No.: 4152.0001