Francis A. Montbach (FAM9631)
Mound Cotton Wollan & Greengrass
Attorneys for Third-Party Defendant
Southwest Airlines Co.
One Battery Park Plaza
New York, NY  10004
(212) 804-4200
e-mail:fmontbach@moundcotton.com

-------------------------------------------------------------X
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

SANOFI PASTEUR, INC., f/k/a AVENTIS  :
PASTEUR, INC. and Cargo Insurers,
                                      :
            Plaintiffs,
                                      :
    - against -
                                      :
KUEHNE & NAGEL, INC.; KUEHNE &
NAGEL, S.A.; EXCLUSIVE                :
TRANSPORTATION
FOR INDUSTRY, INC.; CONTINENTAL       :
AIRLINES, INC.,
                                      :
            Defendants.
-------------------------------------------------------------X

ECF CASE

07 Civ. 6354 (BSJ)

**RULE 7.1 STATEMENT**

KUEHNE & NAGEL, INC.,

    Defendant and Third-Party Plaintiff,

    - against -

SOUTHWEST AIRLINES CO.,

    Third-Party Defendant.
-------------------------------------------------------------X

    Pursuant to Rule 7.1 of the Joint Local Rules of the Southern and Eastern Districts of

New York and to enable judges and magistrates of the court to evaluate possible disqualification

1

or recusal, the undersigned attorney of record for third-party defendant, Southwest Airlines, Co., certifies that the following are corporate parents, subsidiaries or affiliates of that party:

NONE

Dated:  New York, New York
        March 7, 2008.

                                MOUND, COTTON & WOLLAN & GREENGRASS
                                Attorneys for Third-Party Defendant,
                                Southwest Airlines Co.

                                By_____
                                Francis A. Montbach (FAM9631)
                                One Battery Park Plaza
                                New York, New York   10004
                                (212) 804-4200
                                fmontbach@moundcotton.com

TO:

David L. Mazaroli, Esq.
11 Park Place, Suite 1214
New York, NY 10007-1214
Attorney for Plaintiffs Sanofi Pasteur, Inc. et al.

Ernest H. Gelman, Esq.
350 Fifth Avenue, Suite 4908
New York, NY 10118
Attorney for Defendant Kuehne & Nagel, Inc.

Schindel, Farman, Gardner & Rabinovich, LLP
14 Penn Plaza, Suite 500
New York, NY 10122
Attorneys for Defendant Exclusive Transportation for Industry, Inc.