David L. Mazaroli (DM-3929)
Attorney for Plaintiff
11 Park Place – Suite 1214
New York, NY 10007-2801
Tel. (212)267-8480
Fax. (212)732-7352
e-mail: dlm@mazarolilaw.com

------------------------------------------------------------x
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
SANOFI PASTEUR, INC., f/k/a AVENTIS
PASTEUR, INC., and Cargo Insurers,

        Plaintiff,                           07 Civ. 6354 (BSJ) (FM)

- against -                            **STIPULATION & ORDER**
                                                    **OF DISCONTINUANCE**

KUEHNE & NAGEL, INC.; KUEHNE &
NAGEL, S.A.; EXCLUSIVE
TRANSPORTATION FOR INDUSTRY,
INC.; CONTINENTAL AIRLINES, INC.;

        Defendants.
------------------------------------------------------------x
KUEHNE & NAGEL, INC.

        Third-Party Plaintiff,

    -against-

SOUTHWEST AIRLINES CO.

        Third-Party Defendant.
------------------------------------------------------------x

        An agreement to recommend settlement having been reached, it is hereby stipulated and agreed that this action including all cross-claims, third-party claims, and claims for indemnity, is discontinued as to all parties pursuant to Rule 41 (a) (1) (ii) and (c) Federal Rules of Civil Procedure, with each party to pay its own costs and attorneys fees.



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/2/08

07 Civ. 6354 (BSJ) (FM)
Stipulation & Order of Discontinuance
Page 2

It is further stipulated and agreed that, if the settlement is not consummated within thirty (30) days of the entry of this order, this action will be restored to the active docket of this Court upon letter application of plaintiffs' counsel;

It is further stipulated and agreed that upon payment of the total agreed settlement funds to plaintiffs, this action will be deemed dismissed on a with-prejudice basis.

Dated: New York, New York
~~May~~ June 2, 2008

SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

LAW OFFICES,
DAVID L. MAZAROLI

_____
David L. Mazaroli (DM 3929)
Attorney for Plaintiff
11 Park Place - Suite 1214
New York, New York 10007
Tel.: (212)267-8480
Fax.: (212)732-7352

Ernest H. Gelman, Esq.
Attorneys for Defendants and
Attorneys for Third-Party Plaintiff
KUEHNE & NAGEL, INC.
KUEHNE & NAGEL, S.A.

By: _____
Ernest H. Gelman (EHG-4748)
350 Fifth Avenue, Suite 4908
New York, New York 10118
Tel.: (212)490-9100

Schindel, Farman, Gardner &
Rabinovich, LLP
Attorneys for Defendant
EXCLUSIVE TRANSPORTATION
FOR INDUSTRY, INC.

By: _____
Marc I. Kunkin (MIK-4182)
14 Penn Plaza, Suite 500
New York, New York 10122
Tel: (212)563-1710

Mound Cotton Wollan & Greengrass
Attorneys for Defendant
CONTINENTAL AIRLINES, INC.
and Third-Party Defendant
SOUTHWEST AIRLINES CO.

By: _____
Francis A. Montbach (FAM-9631)
One Battery Park Plaza
New York, New York 10004
Tel: (212)804-4200